IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-3213 |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that Complaint, Notice of Foreclosure, and Notice of Lawsuit and Request for Waiver of Service for Summons was mailed to Robin J. Giberson, 115 Walnut Street Carrollton, IL 62016, on August 4, 2005.

Respectfully submitted,
JAN PAUL MILLER
United States Attorney

By:  s/ Elizabeth L. Collins
_____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that I mailed a copy of the foregoing to:

                  Robin J. Giberson
                  115 Walnut Street
                  Carrollton, IL  62016

      August 4, 2005                                     s/ Elizabeth L. Collins
Date:_____                     _____