IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-3213 |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO SHORTEN REDEMPTION PERIOD**

The United States moves to reduce the redemption period to 30 days in this case because the property has been abandoned, as indicated in the attached Affidavit of Abandonment.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ Elizabeth L. Collins
_____
Elizabeth L. Collins
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

>Robin Giberson
>115 Walnut Street
>Carrollton, IL  62016

|  |  |
|---|---|
| August 12, 2005 | s/ Elizabeth L. Collins |
| Date:_____ | _____ |