**E-FILED**
Friday, 12 August, 2005 03:16:15 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV No. |
| ROBIN J. GIBERSON | ) | |
| Defendants(s), | ) | |

### AFFIDAVIT OF ABANDONMENT

Darrel R Monts, being first duly sworn on oath deposes and states that:

1.  Deponent is employed by Rural Development, which is the agency involved in this case; has personal knowledge of the matters herein; and is authorized to make this Affidavit.

2.  Deponent states that he has inspected the property at 132 7th Street, Carrollton, Illinois 62016, and found it to be abandoned. The property is described as follows:

Lot Numbered Twenty-two (22), except 50 feet off the East side thereof; and the South Half of Lot Numbered Twenty-one (21) except 50 feet off the East side thereof; all in Pierson's Addition to the City of Carrollton, according to the recorded plat thereof, situated in said City of Carrollton, in the County of Greene, in the State of Illinois

PIN No. 03-92-22-219-009

3.  Deponent further states that the property will fall into disrepair and be subject to waste and vandalism unless it is secured and preserved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____August 4, 2005____

/s/ Darrel R. Monts
Darrel R. Monts, Rural Development Specialist