IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-3213 |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) |

APPLICATION FOR DEFAULT

    Now comes United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Elizabeth L. Collins, and states:

    That the complaint herein was filed on August 2, 2005, and the defendant, Robin J. Giberson, returned the Waiver of Service of Summons on September 9, 2005, pursuant to Federal Rule of Civil Procedure 4, and has acknowledged receipt of the complaint as shown by the file in this case; she has not answered or otherwise pleaded to the complaint; and that she is now in default.

WHEREFORE, plaintiff, United States of America, prays that default be entered against the defendant, Robin J. Giberson for her failure to appear, answer, or otherwise plead in the time and manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

Respectfully submitted,
JAN PAUL MILLER
United States Attorney

s/ Elizabeth L. Collins

By: _____

Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov

## AFFIDAVIT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) S.S. |
| COUNTY OF SANGAMON | ) |

Elizabeth L. Collins, pursuant to Title 28 Section 1746, declares under penalty of perjury that the foregoing is true and correct.  Executed on October 13, 2005.

s/ Elizabeth L. Collins

_____

Elizabeth L. Collins
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that I mailed a copy of the foregoing to:

>Robin Giberson
>115 Walnut Street
>Carrollton, IL  62016

|  |  |
|---|---|
| 10/13/05 | s/ Elizabeth L. Collins |
| Date:_____ | _____ |