IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | NO.  05-3213 |
| ) | |
| ROBIN J. GIBERSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the sworn Application for Default of Elizabeth L. Collins, Assistant United States Attorney for the Central District of Illinois, and attorney for the plaintiff in the above-entitled cause and the Court being fully advised in the premises finds that the Defendant, ROBIN J. GIBERSON, returned the Waiver of Service of Summons on September 9, 2005, pursuant to Federal Rule of Civil Procedure 4 and has acknowledged receipt of the complaint as shown by the file in this case and has not answered or otherwise pleaded to the complaint filed herein;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be and the same is hereby entered against the Defendant, ROBIN J.

1

GIBERSON, for her failure to appear, answer, or otherwise plead in this cause in the time and manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless, within fourteen (14) days of the entry of this Order of Default, the Plaintiff files with this Court a motion for default judgment.

Enter this 28th day of October, 2005.

s/Charles H. Evans  
CHARLES H. EVANS  
United States Magistrate Judge