IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-3213 |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF DEFAULT ORDER

You, Robin J. Giberson, the above named defendant, are hereby advised pursuant to Section 5/2-1302 of Chapter 735 of the Illinois Compiled Statutes that on the 28th day of October, 2005, United States Magistrate Judge Charles H. Evans entered an Order of Default against you. The title of this lawsuit is: United States v. Robin J. Giberson. The Court No. is: 05-3213 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, 600 East Monroe Street, Springfield, Illinois 62701.

The date of entry of said Order of Default against you is: October 28, 2005.

Notice of Right to Redeem: You may redeem the property within the time and in the manner provided by law. In this case, the United States has requested that time for redemption be shortened because the property foreclosed upon in this proceeding is abandoned.

Respectfully submitted,
JAN PAUL MILLER
United States Attorney

By: s/ Elizabeth L. Collins
_____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

>Robin Giberson
>115 Walnut Street
>Carrollton, IL  62016

|  |  |
|---|---|
|     October 28, 2005 | s/ Elizabeth L. Collins |
| Date:_____ | _____ |