E-FILED
Wednesday, 09 November, 2005  09:21:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-3213 |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO ENTER JUDGMENT**

Plaintiff, United States of America, moves, pursuant to Rule 12 of Federal Rules of Civil Procedure and Chapter 735, Section 5/15-1506, of Illinois Compiled Statutes, for judgment for the relief prayed in the complaint for foreclosure of mortgage herein and, in support thereof, Plaintiff respectfully represents unto this Court that the material factual allegations of the complaint for foreclosure filed herein are established by the sworn Affidavit For Judgment of Marianne Nixa, Acting State Director, Rural Development, attached as Exhibit A, and that the Defendant is not a military servicemember as established by the sworn Affidavit attached as Exhibit B.

                                                Respectfully submitted,
                                                JAN PAUL MILLER
                                                United States Attorney

                                                s/ Elizabeth L. Collins
By:  _____
                                                Elizabeth L. Collins, IL Bar No. 487864
                                                Attorney for Plaintiff
                                                United States Attorney's Office
                                                318 South Sixth Street
                                                Springfield, IL  62701
                                                Telephone:  217/492-4450
                                                Fax:  217/492-4888
                                                email:  beth.collins@usdoj.gov