IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ROBIN GIBERSON ) | |
| ) | |
| ) | CV. NO. 05-3213 |
| ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1.  The undersigned states that he is the Acting State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2.  The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3.  Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $8700.23 as of September 28, 2005.

4.  As of September 28, 2005, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:



GOVERNMENT EXHIBIT A

|   |   |
|---|---|
| Unpaid Balance of Principal | $63,338.91 |
| Unpaid Balance of Interest | $ 2,755.90 |
| Escrow Shortage | $ 2,242.83 |
| Late Charges Due | $     51.39 |
| Fees Currently Assessed | $   150.00 |
| Interest on Fees | $       .45 |
| Court Costs Paid to Date | $   294.00 |
| Total | $68,833.48 |
| Daily Accrual | $11.9586 |

5.   To the best of the knowledge, information and belief of the undersigned; defendant herein is not now in active duty with the military forces of the United States or Allied Nations.

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

/s/ Marianne Nixa

MARIANNE NIXA
Acting State Director

## ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 28th of September 2005.

My Commission Expires:   April 4, 2007

/s/ Donna Wiltshire
Donna M. Wiltshire, Notary

"OFFICIAL SEAL"
Donna M. Wiltshire
Notary Public, State of Illinois
My Commission Exp. 04/04/2007

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-3213 |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) |

DECLARATION OF MILITARY SERVICE

ELIZABETH L. COLLINS says that she is the attorney for the plaintiff in the above-entitled action; that to the best of her information and belief the defendant, Robin J. Giberson, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at her last known address. To date, no response has been received from said defendant. To further determine the military status of the defendant-mortgagor, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc. osd.mil/udpdri/owa/sscra.page by entering the mortgagor's social security number. The national database confirmed that the mortgagor is not in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 9th day of November, 2005.

s/ Elizabeth L. Collins

ELIZABETH L. COLLINS
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
217-492-4450

