IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-3213 |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) |

<u>N O T I C E</u>

To:   Robin Giberson
      115 Walnut Street
      Carrollton, IL  62016

You are hereby notified that the Plaintiff, United States of America, on November 9, 2005, filed a Motion to Enter Judgment in this case.  Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

                                            Respectfully submitted,
                                            JAN PAUL MILLER
                                            United States Attorney


                                            s/ Elizabeth L. Collins
            By:   _____
                                            Elizabeth L. Collins, IL Bar No. 487864
                                            Attorney for Plaintiff
                                            United States Attorney's Office
                                            318 South Sixth Street
                                            Springfield, IL  62701
                                            Telephone:  217/492-4450
                                            Fax:  217/492-4888
                                            email:  beth.collins@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that I mailed a copy of the foregoing to:

        Robin Giberson
        115 Walnut Street
        Carrollton, IL  62016


    November 9, 2005        s/ Elizabeth L. Collins
Date:_____        _____