AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

vs.                                             Case Number:    **05-3213**

**ROBIN J. GIBERSON,**
        **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to Judgment of Foreclosure entered by the Honorable U.S. District Judge Jeanne E. Scott, judgment is entered in favor of the Plaintiff and against the Defendant. This case is closed.-------------------------------------------------------------------------------------------------------------

ENTER this 29th day of November 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Rankin
_____
BY:  DEPUTY CLERK