IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-3213 |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

> Darrel R. Monts
> Rural Development Specialist
> USDA Service Center
> 1904 West Lafayette, Suite 1
> Jacksonville, IL  62650
>
> Telephone No:  217-243-1535, Ext. 4

2. The common address and other common description, if any, of the real estate is:

> 132 Seventh Street, Carrollton, IL  62016

3. The legal description of the real estate is:

> Lot Numbered Twenty-two (22), except 50 feet off the East side thereof; and the South Half of Lot Numbered Twenty-one (21) except 50 feet off the East side thereof; all in Pierson's Addition to the City of Carrollton, according to the recorded plat thereof, situated in said City of Carrollton, in the County of Greene, in the State of Illinois.
>
> PIN NO. 03-92-22-219-009

4. The real estate may be inspected prior to sale at the following times:

   Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are:

   February 23, 2006, at 10:30 a.m., at the front door of the Greene County Courthouse, Carrollton, Illinois.

6. The terms of the sale are:

   10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2004, 2005 and 2006, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 14th day of December, 2005.

s/ Steven D. Deatherage

_____
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF MARSHAL'S SALE** has been placed in the United States mail, via certified mail, return receipt requested, and regular mail, addressed to:

> Robin Giberson
> 115 Walnut Street
> Carrollton, IL  62016

|  |  |
|---|---|
| December 22, 2005 | s/ Elizabeth L. Collins |
| Date: _____ | _____ |