# CERTIFICATE OF PUBLICATION

CARROLLTON, ILLINOIS _9 February_ 20 _06_

I, Albert W. Scott, do hereby certify that I am publisher of THE CARROLLTON GAZETTE-PATRIOT, a weekly newspaper of general circulation, printed and published in Carrollton, Greene County, Illinois for at least twelve months prior to the first publication of the annexed notice, and I further certify that the annexed notice was published in said newspaper in _4_ successive issues of the same, the first publication being on the _19th_ day of _January_ 20 _06_ and the last publication on the _9th_ day of _February_ 20 _06_.

I further certify that said newspaper is a newspaper as defined in "an Act to revise the law in relation to notices" as amended by Act approved July 17, 1959 -- Ill. Revised Statutes, Chap. 100, Para. 1 & 5.

Fee: $427 48 (US Marshal's office Robin Giberson foreclosure)        /s/ Albert W. Scott III _Publisher_

---

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, ) CIVIL
v. ) No.
ROBIN J. GIBERSON, ) 05-3213
    Defendant. )

## NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

(1.) The name, address and telephone number of the person to contact for information regarding the real estate is:

Darrel R. Monts
Rural Development Specialist
USDA Service Center
1904 West Lafayette, Suite 1
Jacksonville, IL 62650
Telephone No: (217) 243-1535, Ext. 4

(2.) The common address and other common description, if any, of the real estate is:

132 Seventh Street, Carrollton, Illinois 62016

(3.) The legal description of the real estate is:

Lot Numbered Twenty-two (22), except 50 feet off the East side thereof; and the South Half of Lot Numbered Twenty-one (21) except 50 feet off the East side thereof; all in Pearson's Addition to the City of Carrollton, according to the recorded plat thereof, situated in said City of Carrollton, in the County of Greene, in the State of Illinois.

PIN No. 03-92-22-219-009

(4.) The real estate may be inspected prior to sale at the following times:

Available for inspection during business hours upon reasonable advance notice to the county office listed above.

(5.) The time and place of the sale are:

February 23, 2006, at 10:30 a.m., at the front door of the Greene County Courthouse, Carrollton, Illinois.

(6) The terms of the sale are:

10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

(7.) Title will be conveyed subject to all general real estate taxes for the years 2004, 2005 and 2006 which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

(8.) At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 14th day of December, 2005.

*Steven D. Deatherage*
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS