E-FILED
Thursday, 30 March, 2006  08:34:40 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CIVIL NO. 05-3213 |
| ROBIN J. GIBERSON, | ) ) ) | |
| Defendant. | ) | |

UNITED STATES MARSHAL'S REPORT OF SALE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on November 29, 2005, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder at the front door of the Courthouse of Greene County, in the City of Carrollton, Illinois, on the 23rd day of February, 2006, at the hour of 10:30 A.M., by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in the Carrollton Gazette-Patriot, a secular newspaper of general circulation printed and published in the City of Carrollton, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on January 19, 2006, and the last publication on February 9, 2006, all of which appears from a Certificate of Publication on file in this cause.

1.  At the time and place designated for the sale ordered herein, the undersigned offered said premises for sale to the highest bidder and Phillip Tepen and Frances Scheffel, 820 8th Street, Carrollton, IL  62016, bid the sum of $61,500.00, and that being the highest bid offered, I sold said real estate to said highest bidder.

2.  Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

3.  The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4.  The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of September 28, 2005:

| | |
|---|---|
| Unpaid principal balance | $63,338.91 |
| Accrued interest at $11.9586 per day and unpaid as of 09/28/05 | $2,755.90 |
| Accrued interest from 09/29/05 to 11/29/05, the date of entry of judgment  (62 days @ $11.9586  per day) | $741.43 |
| Accrued federal interest from 11/30/05 to 02/23/06, the date of sale (86 days @ $7.4618 per day) | $641.71 |
| Escrow Shortage | $2,242.83 |
| Late Charges | $51.39 |
| Fees Currently Assessed | $150.00 |
| Interest on Fees | $.45 |
| Total | $69,922.62 |

Costs of Sale:

    Marshal's commission (3% of 1st $1,000 &
      1½% of remaining bid balance) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $937.50

    Marshal's fee for conducting sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $240.52

    Docket Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00

    Recording Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $44.00

    Release Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $44.00

    Publication charges (Notice of Sale) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $427.48

        Total amount of indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . . . $71,866.12

Amount of bid at sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $61,500.00

Amount of deficiency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,366.12

5. It is also reported:

  i)  A notice required in accordance with Chapter 735 ILCS, Section 5/15-1507(c) was given;

  ii)  The terms of sale were fair and not unconscionable;

  iii)  The sale was conducted fairly and without fraud;

  iv)  Justice was done by the sale.

Respectfully submitted this 28th day of March, 2006.

                                                    s/ Steven D. Deatherage
                                                    _____
                                                    STEVEN D. DEATHERAGE
                                                    UNITED STATES MARSHAL
                                                    CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MARSHAL'S REPORT OF SALE** has been placed in the United States mail, addressed to:

>Robin Giberson
>115 Walnut Street
>Carrollton, IL  62016
>
>Phillip Tepen and
>Frances Scheffel
>820 8th Street
>Carrollton, IL  62016

|  |  |
|---|---|
| March 30, 2006 | s/ Elizabeth L. Collins |
| Date: _____ | _____ |