E-FILED
Thursday, 30 March, 2006  08:36:06 AM
Clerk, U.S. District Court, ILCD

UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ROBIN J. GIBERSON, | ) ) |
| Defendant. | ) CIVIL NO. 05-3213 |

UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on November 29, 2005, I, the undersigned, on the 23rd day of February, 2006, at 10:30 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Greene County, Carrollton, Illinois, the lands and premises described in said Decree and that Phillip Tepen and Frances Scheffel, 820 8th Street, Carrollton, IL 62016, having bid therefore the sum of $61,500.00 and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Greene, Illinois, and described as follows, to-wit:

> Lot Numbered Twenty-two (22), except 50 feet off the East side thereof; and the South Half of Lot Numbered Twenty-one (21) except 50 feet off the East side thereof; all in Pierson's Addition to the City of Carrollton, according to the recorded plat thereof, situated in said City of Carrollton, in the County of Greene, in the State of Illinois.
>
> PIN NO. 03-92-22-219-009

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2004, 2005 and 2006, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 28th day of March, 2006.

s/ Steven D. Deatherage
_____
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF SANGAMON | ) |

## ACKNOWLEDGMENT

On this 28th day of March, 2006, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

                                                JOHN M. WATERS
                                                Clerk of the U.S. District Court


                                                s/ H. Kallister
                                                _____
                                                Deputy Clerk

This instrument was prepared by Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, Illinois 62701.


Send tax statement to Phillip Tepen and Frances Scheffel, 820 8th Street, Carrollton, IL 62016.