UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBIN J. GIBERSON, | ) |
| | ) |
| Defendant. | ) CIVIL NO. 05-3213 |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on August 2, 2005, and recorded in the Recorder's Office in Greene County, Illinois, on August 12, 2005, as Document No. 137156, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on August 2, 2005, and is now pending.

(i)  The name of the plaintiff and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:  Robin J. Giberson

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot Numbered Twenty-two (22), except 50 feet off the East side thereof; and the South Half of Lot Numbered Twenty-one (21) except 50 feet off the East side thereof; all in Pierson's Addition to the City of Carrollton, according to the recorded plat thereof, situated in said City of Carrollton, in the County of Greene, in the State of Illinois.
>
> PIN NO. 03-92-22-219-009

(v)  A common address or description of the location of the real estate is as follows:

132 Seventh Street, Carrollton, IL  62016

(vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of mortgagor: | Robin J. Giberson |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | July 12, 2001 |
| Date of recording: | July 18, 2001 |
| County where recorded: | Greene County, Illinois |
| Recording document identification: | Recorded as Doc. No. 122982, Book 233, Page 52 |

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ Elizabeth L. Collins

By: _____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov

This instrument was prepared by Elizabeth L. Collins,  Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.

Please return recorded release to Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.